

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2022

No. 04-22-00252-CV

**WISESTAFF, LLC,**
Appellant

v.

**MEDTRUST, LLC,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI09614
Laura Salinas, Judge Presiding

# O R D E R

The clerk's record was due on May 9, 2022. On May 12, 2022, the trial court clerk filed a notification of late clerk's record, stating appellant is not entitled to appeal without paying the fee and has not paid or made arrangements to pay the fee for preparing the clerk's record.

We, therefore, ORDER appellant to provide written proof to this court **no later than May 23, 2022** that either (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2022.



MICHAEL A. CRUZ, Clerk of Court